UNITED STATES of America,
Plaintiff,

v.

FEDERAL RESOURCES CORPORA-
TION; Blum Real Estate Trust;
Bentley J. Blum, personally and in his
capacity as Trustee of the Blum Real
Estate Trust; and Camp Bird Colora-
do, Inc., Defendants.

Federal Resources Corporation,
Counter–Claimant,

v.

United States of America,
Counter–Defendant.

No. 2:11–cv–00127–RCT.

United States District Court,
D. Idaho.

Signed Jan. 12, 2015.

Amanda Shafer Berman, United States
Department of Justice, David L. Dain,
Elizabeth Louise Loeb, U.S. Dept. of Jus-
tice Environmental Enforcement Section,
Washington, DC, Syrena Case Hargrove,
U.S. Attorney's Office, Boise, ID, Amy S.
Howe, U.S. Attorney's Office, Boise, ID,
Katherine L. Matthews, U.S. Department
of Justice, Paul Gormley, U.S. Dept. of
Justice Environment and Natural Re-
sources, Denver, CO, Steven B. Andersen,
Andersen Banducci PLLC, Boise, ID, for
Plaintiff/Counter–Defendant.

Stanley J. Tharp, Eberle Berlin Kading
Turnbow & McKlveen, Thomas E. Dvorak,
Givens Pursley, Kevin J. Beaton, William
C. Pooser, Stoel Rives LLP, Boise, ID,
Thomas M. Vasseur, Vasseur & Schlot-
thauer, PLLC, Michael E. Ramsden,
Ramsden & Lyons, Coeur D'Alene, ID,
Gregg M. Rosen, McGuire Woods LLP,
Pittsburgh, PA, for Defendants/Counter–
Claimant.

## FINAL JUDGMENT

RICHARD C. TALLMAN, District
Judge.

## JUDGMENT

The Court having previously entered its
decision herein on liability and damages in
a memorandum decision, see Dkt. 313;
*United States v. Fed. Res. Corp.*, 30
F.Supp.3d 979 (D.Idaho 2014), declaratory
judgment is hereby entered in favor of the
United States and against Camp Bird Col-
orado, Inc., and Bentley J. Blum on the
United States' veil-piercing claim. To the
extent Federal Resources Corporation is
liable to the United States, the liability
extends to Camp Bird Colorado, Inc., and
Bentley J. Blum. *See* Dkt. 240.

Judgment for the United States is
awarded on its claims against Federal Re-
sources Corporation, Camp Bird Colorado,
Inc., and Bentley J. Blum, jointly and sev-
erally, for the recovery of $3,653,362.52 in
cleanup costs incurred by the United
States and $54,546.22 in prejudgment in-
terest through January 31, 2013, at the
Conjecture Mine Site, pursuant to 42
U.S.C. § 9607(a)(4)(A). The United States
is also entitled to prejudgment interest
from January 31, 2013, through the date of
this judgment. *See id.* § 9607(a); Dkt.
235.

Judgment for the United States is also
awarded on its claims against Federal Re-
sources Corporation, Camp Bird Colorado,
Inc., and Bentley J. Blum, jointly and sev-
erally, for the recovery of $689,223.24 in
cleanup costs and $9,208.68 in prejudg-
ment interest through January 31, 2013,
incurred by the United States at the Min-
nie Moore Mine Site, pursuant to 42
U.S.C. § 9607(a)(4)(A). The United States
is also entitled to prejudgment interest
from January 31, 2013, through the date of
this judgment. *See id.* § 9607(a); Dkt.
214.

Declaratory Judgment is entered in favor of the United States and against Federal Resources Corporation, Camp Bird Colorado, Inc., and Bentley J. Blum, jointly and severally, for response costs incurred since January 31, 2013, and to be incurred by the United States in responding to releases or threats of releases at the Conjecture Mine Site, pursuant to section 113(g)(2) of CERCLA, 42 U.S.C. § 9613(g)(2). This part of the judgment bears interest, on each sum of costs paid by the United States, from the later of: (1) the date payment of a specified amount is demanded in writing, or (2) the date of the expenditure concerned, as provided in 42 U.S.C. § 9607(a).

Declaratory Judgment is entered in favor of the United States and against Federal Resources Corporation, Camp Bird Colorado, Inc., and Bentley J. Blum, jointly and severally, for response costs incurred since January 31, 2013, and to be incurred by the United States in responding to releases or threats of releases at the Minnie Moore Mine Site, pursuant to section 113(g)(2) of CERCLA, 42 U.S.C. § 9613(g)(2). This part of the judgment bears interest, on each sum of costs paid by the United States, from the later of: (1) the date payment of a specified amount is demanded in writing, or (2) the date of the expenditure concerned, as provided in 42 U.S.C. § 9607(a).

The claim of the United States to recover its attorneys fees as part of its enforcement costs under 42 U.S.C. § 9607(a)(4)(A) is hereby dismissed with prejudice per the Government's notice of withdrawal on December 23, 2014. See Dkt. 345.

Judgment is entered in favor of the United States and against Bentley J. Blum, Federal Resources Corporation, Camp Bird Colorado, Inc., and the Blum Real Estate Trust under section 3304(A)(2) of the Federal Debt Collection Procedures

Act ("FDCPA"), 28 U.S.C. § 3304(a)(2). The March 2010 putative transfer of Camp Bird Colorado, Inc., to the Blum Real Estate Trust is hereby declared null and void and Bentley J. Blum, Federal Resources Corporation, Camp Bird Colorado, Inc., and the Blum Real Estate Trust are ordered to take all necessary action to return Camp Bird Colorado, Inc., to Federal Resources Corporation. See Dkt. 240.

Judgment is entered in favor of the United States and against Federal Resources Corporation on counterclaims against the United States. The United States is not liable under CERCLA for costs incurred at the Conjecture Mine Site. The United States is not liable under CERCLA for costs incurred at the Minnie Moore Mine Site. See Dkt. 234.

Pending further order of this Court, the Court hereby **STAYS** any attempts by the United States to execute or collect upon the monetary judgments herein entered as against only Federal Resources Corporation and Camp Bird Colorado, Inc. See 11 U.S.C. § 362(a), (b)(4) (2012). Because these corporations filed for bankruptcy prior to entry of this judgment, the United States must seek relief to pursue execution or collection of these monetary claims—as against only these debtor corporations—through the appropriate bankruptcy procedures in the United States Bankruptcy Court for the District of Utah. See Dkts. 348, 349; *In re Fed. Res. Corp.*, No. 14–33427 (Bankr.D.Utah); *In re Camp Bird Colorado, Inc.*, No. 14–22428 (Bankr. D.Utah). The parties are ordered to provide joint status reports every six months, informing the Court of the status of Defendants Camp Bird Colorado, Inc.'s and Federal Resources Corporation's respective bankruptcy cases.